**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:18-CV-00010-RJC-DSC**

| | | |
|---|---|---|
| **JANICE M. BELTRAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **LOWE'S COMPANIES, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

    **THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 7) filed by A. Todd Brown, Sr., concerning Christy E. Kiely on January 26, 2018.  Ms. Christy E. Kiely seeks to appear as counsel *pro hac vice* for Defendant Lowe's Companies, Inc.  Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court will grant the Motion.

    **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 7) is **GRANTED**.  Ms. Christy E. Kiely is hereby admitted *pro hac vice* to represent Defendant Lowe's Companies, Inc.

    **SO ORDERED.**

Signed: January 26, 2018

David S. Cayer
United States Magistrate Judge