# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:18-cv-00010-RJC-DSC

Janice M. Beltran,

    Plaintiff,

v.

Lowe's Companies, Inc.,

    Defendant.

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The above-styled action has been resolved between the parties. Accordingly, this action is hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees. All rights of appeal are hereby waived.

Let the Clerk send a copy of this Stipulation and Order of Dismissal to counsel of record for the parties.

**SO ORDERED.**

Signed: February 6, 2019

_Robert J. Conrad_

Robert J. Conrad, Jr.
United States District Judge

1

We hereby agree to entry of this Order and stipulate to the dismissal of this action with prejudice:


HUNTON ANDREWS KURTH LLP

/s/ A. Todd Brown, Sr.   *(by agreement)*
A. Todd Brown, Sr.
North Carolina State Bar No.: 13806
tbrown@HuntonAK.com
101 South Tryon Street, Suite 3500
Charlotte, NC 28280
Telephone: 704.378.4700
Facsimile: 704.378.4890

Christy E. Kiely (admitted *pro hac vice*)
ckiely@HuntonAK.com
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
Telephone: 804.788.8677
Facsimile: 804.343.4801

*Attorneys for Defendant*
  *Lowe's Companies, Inc.*



 /s/ Ross S. Sohm

Ross S. Sohm
rsohm@sohmlaw.com
North Carolina State Bar No.: 40796
101 N. McDowell Street, Suite 110
Charlotte, NC 28204
Telephone: 704.804.8121
Facsimile: 704.706.9143

*Attorney for Plaintiff Janice M. Beltran*